UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Kenneth Altizio</u>

        v.                                    Civil No. 1: 07-cv-325-JL

<u>Marriott International Inc.</u>


O R D E R

Counsel's notice is improper.  When a case has been set for trial, a motion (as opposed) to a notice is required.  Counsel's motion should comply with Local Rule 83.6(b) and all other Local Rules governing motions, including those applicable to notice to clients and parties and the client's last known address.


SO ORDERED.


February 1, 2008                                              */s/ Joseph N. LaPlante*
                                                                        Joseph N. Laplante
                                                                        United States District Judge


cc:    Edward Lawrence Ford, Esq.
        Christopher A. Callanan, Esq.
        James M. Campbell, Esq.